USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DAVEON GREENE, a/k/a/ "Dee,"

                Defendant.

25 Cr. 467-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    An arraignment and initial conference in this matter shall be scheduled for **November 3, 2025**, at **2:00 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: October 16, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge