```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/28/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DAVEON GREENE, a/k/a/ "Dee,"

                      Defendant.

25 Cr. 467-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The arraignment and initial conference currently scheduled for November 3, 2025 is ADJOURNED to **November 10, 2025**, at **2:00 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: October 28, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge