

U.S. Department

United States
Southern D

*The Jacob K. J*
*26 Federal Pla*
*New York, New York 10278*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/29/2025__
```

October 28, 2025

**BY ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    **Re:**    *United States v. Stubbs et al.*, **25 Cr. 467 (AT)**

Dear Judge Torres:

    The Government respectfully writes in advance of the scheduled November 10, 2025 arraignment and initial conference for defendant Daveon Greene. The Government requests that the time between today and the November 10, 2025 arraignment and initial conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the Government time to assemble and produce discovery, the defendant time to review discovery, and the parties an opportunity to discuss the possibility of a pretrial resolution of this case. Defense counsel for defendant Greene has informed the Government she consents to this request.

                              Respectfully submitted,

                              JAY CLAYTON
                              United States Attorney

    By:   */s/ Rita Maxwell*
                              Rita Maxwell
                              Assistant United States Attorney
                              Southern District of New York
                              (212) 637-2206

GRANTED. The Court finds that the proposed exclusion will allow the parties sufficient time to engage in discovery and will aid in the possibility of securing a pretrial resolution of the case. Accordingly, the ends of justice served by this continuance "outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Time between October 28, 2025, and November 10, 2025, is excluded pursuant to 8 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: October 29, 2025
       New York, New York

                              ANALISA TORRES
                              United States District Judge