USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___11/4/2025___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------

UNITED STATES OF AMERICA              :          **TRANSPORTATION ORDER**
                                                 **25 Cr. 467 (AT)**
        - v -                         :

DAVEON GREENE,                        :

                Defendant.            :

----------------------------------x

Upon the application of **Daveon Greene**, by the Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Ms. Greene with funds to cover the cost of transportation from Winston Salem, NC to New York, NY, for Ms. Greene's anticipated arraignment and initial conference in the Southern District of New York, which is scheduled for Monday, November 10, 2025 at 2 p.m.

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated:      November 4, 2025             **SO ORDERED:**
            New York, New York

                                         _____
                                         HONORABLE ANALISA TORRES
                                         United States District Judge