UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DAVEON GREENE, a/k/a/ "Dee,"

                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2025

25 Cr. 467-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The conditions of release ordered by Judge Robyn F. Tarnofsky are MODIFIED to require that the Defendant immediately participate in a residential substance abuse treatment program. By **November 12, 2025**, the Defense shall provide a status update to the Court concerning Ms. Greene's substance abuse treatment.

      SO ORDERED.

Dated: November 10, 2025
       New York, New York

ANALISA TORRES
United States District Judge