UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DAVEON GREENE, a/k/a/ "Dee,"

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/9/2025

25 Cr. 467-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the Government's motion for a protective order filed at ECF No. 20.  By **December 15, 2025**, Defendant shall file her response.

SO ORDERED.

Dated: December 9, 2025
         New York, New York

_____
ANALISA TORRES
United States District Judge