**U.S. Depar[tment]**

*United Stat[es]*
*Southern D[istrict]*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   12/17/2025

*The Jacob K. Jav[its]*
*26 Federal Plaza, 37ᵗʰ Floor*
*New York, New York 10278*

December 15, 2025

**By ECF and Email**
The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

Re:    *United States v. Daveon Greene*, 25 Cr. 467 (AT)

Dear Judge Torres:

The Government respectfully submits this letter in response to the Court's email inquiry regarding the scheduled December 22, 2025 status conference and whether the Government and defendant Greene wish to proceed.  The parties have conferred, and in light of the Government's pending motion for a protective order and the resultant impact on the timeline for production of certain discovery materials, the parties respectfully request that the December 22 conference be adjourned and propose early February for the next conference, if that is agreeable to the Court.

Should the Court grant that requested adjournment, the Government respectfully requests that the time between December 22, 2025 and the next conference date be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).  The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the Government time to assemble and produce discovery, the defendant time to review discovery, and

the parties an opportunity to discuss the possibility of a pretrial resolution of this case. Defense counsel for defendant Greene has informed the Government she consents to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _Rita Maxwell_____

Rita Maxwell
Assistant United States Attorney
(212) 637-2206

cc:    Hannah McCrea, Esq.

GRANTED.  The conference currently scheduled for December 22, 2025 is ADJOURNED to **February 9, 2026,** at **11:00 a.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York, 10007.  Time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).  The ends of justice served in granting an extension outweigh the best interests of the public and the defendant in a speedy trial because the exclusion will allow the parties to conduct discovery and discuss the possibility of a pretrial resolution to the case.

SO ORDERED.

Dated:  December 17, 2025
         New York, New York

_____
ANALISA TORRES
United States District Judge