**U.S. Departme**

*United States At*
*Southern Distric*

*The Jacob K. Javits Buil*
*26 Federal Plaza, 37ᵗʰ F*
*New York, New York 102/8*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____2/4/2026_____

February 3, 2026

**By ECF and Email**
The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

  Re:  ***United States v. Daveon Greene*, 25 Cr. 467 (AT)**

Dear Judge Torres:

  The Government respectfully submits this letter in response to the Court's email inquiry regarding the scheduled February 9, 2026 status conference and whether the Government and defendant Greene wish to proceed. The parties have conferred, and in light of the Government's ongoing production of discovery after the Court's entry of the Protective Order on January 23 and Ms. Greene's counsel's impending parental leave, the parties respectfully request that the February 9 conference be adjourned and propose early April for the next conference, if that is agreeable to the Court.

  Should the Court grant that requested adjournment, the Government respectfully requests that the time between February 9, 2026 and the next conference date be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the Government time to assemble and produce discovery, the defendant time to review discovery, and

the parties an opportunity to discuss the possibility of a pretrial resolution of this case. Defense counsel for defendant Greene has informed the Government she consents to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _Rita Maxwell_____
Rita Maxwell
Assistant United States Attorney
(212) 637-2206

cc:    Hannah McCrea, Esq.

GRANTED.  The conference currently scheduled for February 9, 2026, is ADJOURNED to **April 13, 2026,** at **12:00 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  The Court excludes time through April 13, 2026, under the Speedy Trial Act, 28 U.S.C. § 3161(h)(7)(A) and finds that the ends of justice served in such exclusion outweigh the best interests of the Defendant and the public in a speedy trial.  The exclusion will allow the Government time to produce discovery, the Defendant time to review discovery, and the parties the opportunity to discuss a potential pretrial resolution of the case.

SO ORDERED.

Dated:  February 4, 2026
         New York, New York

_____
ANALISA TORRES
United States District Judge