UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

DAVEON GREENE, a/k/a/ "Dee,"

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   5/8/2026   

25 Cr. 467-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

After receiving a violation report dated April 29, 2026, from pretrial services, the Court directed pretrial services to inform the parties that the Court would hold a bail review hearing for Defendant, Daveon Greene, on May 11, 2026, at 4:00 p.m.  That hearing is ADJOURNED to **May 18, 2026**, at **10:00 a.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  If the Government moves to revoke Ms. Greene's pretrial release under 18 U.S.C. § 3148(b), by **May 13, 2026**, it shall file its motion.  By **May 15, 2026**, Defendant shall file her opposition, if any.

SO ORDERED.

Dated: May 8, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge