UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

DAVEON GREENE, a/k/a/ "Dee,"

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/18/2026

25 Cr. 467-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court orders that Defendant Daveon Greene's pretrial release is REVOKED. Ms. Greene is ordered remanded to the custody of the United States Marshals. For the reasons stated on the record during the bail revocation hearing held on May 18, 2026, the Court finds that there is probable cause to believe that Ms. Greene committed a state or local offense in North Carolina, as well as clear and convincing evidence that Ms. Greene violated the conditions of her pretrial release, and that Ms. Greene is unlikely to abide by any condition or combination of conditions of release. *See* 18 U.S.C. § 3148; ECF No. 42.

The Court shall hold a status conference on **June 22, 2026**, at **10:00 a.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

The Court recommends that Ms. Greene be transferred to the custody of the Metropolitan Detention Center Brooklyn.

SO ORDERED.

Dated: May 18, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge